# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**NOTICE OF RECEIPT OF DEFICIENT BRIEF**

**TO:** Peter Winkler

**DATE:** April 17, 2026

**RE:** DONALD JAMES RUNNALS

**BAP No.:** NC-25-1233

On April 17, 2026, you E-filed your brief, and your excerpts of record. Please cure the following deficiencies on or before **MAY 1, 2026.**

- No Certificate of Interested Parties. 9th Cir. BAP Rule 8015 (a)-1(a)

- No Certificate of Related Cases. 9th Cir. BAP Rule 8015 (a)-1(b)

- No transcripts have been filed. If appellant does not provide transcripts, the Panel is entitled to assume that appellant does not believe there is anything in the transcript that will help appellant's appeal and may dismiss or summarily affirm. State of California v. Yun (In re Yun), 476 B.R. 243 (9th Cir. BAP 2012).

PLEASE RETURN A COPY OF THIS NOTICE WITH YOUR CORRECTIONS.